UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PNC BANK, NATIONAL ASSOCIATION,** | CIVIL ACTION NO.: 2:22-cv-1746-WSS |
| **Plaintiff,** | |
| vs. | |
| **KENNETH M. FRANASIAK,** | |
| **Defendant.** | |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, PNC Bank, National Association ("Plaintiff"), by and through its undersigned counsel, files this Notice of Dismissal *with prejudice* pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure as the Defendant has not filed an Answer or a motion for summary judgment in this action.

Respectfully submitted,

**BUCHANAN INGERSOLL & ROONEY PC**

Dated: April 5, 2023

By: */s/ Kelly M. Neal*
James D. Newell (Pa ID 51337)
Timothy P. Palmer (Pa ID 86165)
Kelly M. Neal (Pa ID 306473)
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219-1410
Tel: (412) 562-8800
Fax: (412) 562-1041
Email: james.newell@bipc.com
timothy.palmer@bipc.com
kelly.neal@bipc.com

*Attorneys for Plaintiff PNC Bank, National Association*

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PNC BANK, NATIONAL ASSOCIATION,** | CIVIL ACTION NO.: 2:22-cv-1746-WSS |
| Plaintiff, | |
| vs. | |
| **KENNETH M. FRANASIAK,** | |
| Defendant. | |

### CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2023 I caused to be served a true and correct copy of the foregoing document on the following parties via U.S. Mail and electronic mail, where noted:

Kenneth M. Franasiak
2100 River Road
Niagara Falls, NY  14304

Cheryl A. Green
General Counsel
Calamar
3949 Forest Parkway, Suite 100
Wheatfield, New York 14120
CGreen@calamar.com

Respectfully submitted,

**BUCHANAN INGERSOLL & ROONEY PC**

Dated:  April 5, 2023

By:  */s/ Kelly M. Neal*
James D. Newell (Pa ID 51337)
Timothy P. Palmer (Pa ID 86165)
Kelly M. Neal (Pa ID 306473)
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219-1410
Tel: (412) 562-8800
Fax: (412) 562-1041
Email:  james.newell@bipc.com
           timothy.palmer@bipc.com
           kelly.neal@bipc.com

*Attorneys for Plaintiff PNC Bank, National Association*